# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PRIMUS TELECOMMUNICATIONS GROUP INCORPORATED *et al.*, | Case No. 09-10867 (KG) |
| Debtors. | Jointly Administered |
| | **Related Docket No. _____** |

## ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF GOLDIN ASSOCIATES, L.L.C AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, *NUNC PRO TUNC* TO MAY 15, 2009

Upon the application (the "**Application**")[1] of the Official Committee of Unsecured Creditors (the "**Committee**") in the chapter 11 cases (the "**Cases**") of Primus Telecommunications Group Incorporated, *et al.* (collectively, the "**Debtors**") for entry of an Order, pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016(b), authorizing the retention and employment of Goldin Associates, L.L.C. as financial advisor to the Committee, *nunc pro tunc* to May 15, 2009; and upon reviewing and considering the Vanderbeek Affidavit and the Application; and it appearing that the Court has jurisdiction over the Application pursuant to 28 U.S.C. § 157(b)(2)(A); and due and adequate notice of the Application having been given; and it appearing that no other or further notice need be given; and this Court having determined that based upon the representations in the Application and the Vanderbeek Affidavit, Goldin represents no interest adverse to the Debtors' estates or their creditors, Goldin is a disinterested person as that term is defined under section 101(14) of the Bankruptcy Code, and Goldin's employment is in the best interests of the Debtors' estates and creditors; and after due deliberation and sufficient cause appearing therefor;

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

# IT IS HEREBY ORDERED THAT:

1. The Application shall be, and hereby is, granted and approved in all respects.

2. The Committee is authorized to retain Goldin as its financial advisor, pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to May 15, 2009, to perform the services set forth in the Application, pursuant to the terms of the Goldin Engagement Letter.

3. Goldin shall be compensated in accordance with sections 328, 330 and 331 of the Bankruptcy Code, any applicable Bankruptcy Rules, Local Rules and any orders of this Court.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Date: June ___, 2009

_____
HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE