**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PRIMUS TELECOMMUNICATIONS GROUP INCORPORATED *et al.*, | Case No. 09-10867 (KG) |
| Debtors. | Jointly Administered |

**MOTION TO SHORTEN TIME FOR NOTICE AND RESPONSE TO APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GOLDIN ASSOCIATES, L.L.C. AS FINANCIAL ADVISOR TO THE COMMITTEE, *NUNC PRO TUNC* TO MAY 15, 2009**

The Official Committee of Unsecured Creditors (the "**Committee**") appointed in the chapter 11 cases of Primus Telecommunications Group Incorporated, and its affiliated debtors (collectively, the "**Debtors**") submits this motion to shorten time (the "**Motion to Shorten**") for notice and response to the Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Retention and Employment of Goldin Associates, L.L.C. as Financial Advisor to the Committee, *Nunc Pro Tunc* to May 15, 2009 (the "**Application**").[1] In support of this Motion to Shorten, the Committee respectfully represents as follows:

**BACKGROUND**

1.     On March 21, 2009 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their property as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  This Court has ordered joint administration of these chapter 11 cases (the "**Cases**").

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

*DEL 86,269,934v1 6-2-09*

2.     On April 24, 2009 (the "**Formation Meeting**"), the Office of the United States Trustee appointed the Committee pursuant to section 1102 of the Bankruptcy Code.  Following the Formation Meeting, the Committee selected Greenberg Traurig as its counsel.  Subsequently, the Committee selected Goldin Associates, L.L.C. as its financial advisors.  The Committee consists of the following five members: (i) Argent Funds Group, LLC; (ii) Sam E. Squibb; (iii) HSBC Bank USA, N.A.; (iv) Deutsche Bank National Trust Company; and (v) Wells Fargo Bank, N.A.

### Relief Requested

3.     As this Court is aware, the Debtors' cases are progressing at a rapid pace, with a hearing to consider confirmation of the Debtors' proposed plan of reorganization scheduled for June 12, 2009 (the "**Confirmation Hearing**").  The Committee requests that the Application be heard on shortened notice and submits that the relief sought in this Motion to Shorten is necessary so that Goldin is immediately available to begin work on issues relating to confirmation of the Debtors' proposed plan of reorganization, the Confirmation Hearing, and so that Goldin is secure in the knowledge that the Court has approved its retention to perform such services.  Shortening the notice period will not prejudice any party-in-interest in these cases.

4.     Pursuant to Local Rule 9006-1, parties are required to provide at least fifteen days notice of applications unless approval of shortened notice is granted by the Court.  Del. Bankr. L.R. 9006-1.  The next omnibus hearing in these cases is scheduled for June 12, 2009, at 10:00 a.m. (Eastern Time).

5.     For the reasons stated herein, the Committee submits that the time period for notice be shortened to ten days so that the Application can be heard at the hearing currently scheduled for June 12, 2009 at 10:00 a.m.  The Committee also requests that the Court approve

2

an objection deadline of June 9, 2009 at 4:00 p.m. (prevailing Eastern time) which will allow parties-in-interest sufficient time to review the Application, but will still provide for responses to be filed in sufficient time prior to the June 12, 2009 hearing.

5.      Pursuant to Del. Bankr. L.R. 9006-1(e), the Court may rule on this Motion to Shorten without need for a hearing, and the Committee requests that the Motion to Shorten be granted without further hearing.

## Notice

6.      Notice of this Motion to Shorten has been given to the Office of United States Trustee, counsel to the Debtors, and parties that have requested service pursuant to Fed. R. Bankr. P. 2002 in these Cases.   The Committee submits that, given the nature of the relief requested, no further notice is necessary.

## Conclusion

WHEREFORE, the Committee respectfully request the entry of an Order: (i) granting this Motion to Shorten; (ii) authorizing the Committee to file the Application on shortened notice; (iii) scheduling a hearing on the Application for the currently scheduled omnibus hearing on June 12, 2009 at 10:00 a.m.; (iv) setting a deadline for objections to the Objections of June 9, 2009 at 4:00 p.m. (prevailing Eastern time); and (v) granting such other and further relief as this Court deems just and proper.

*DEL 86,269,934v1 6-2-09*

Dated:  June 2, 2009

GREENBERG TRAURIG, LLP

Scott D. Cousins (DE Bar No. 3079)
Donald J. Detweiler (DE Bar No. 3087)
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware  19801
Telephone:  (302) 661-7000
Facsimile: (302) 661-7360
Electronic Mail:  detweilerd@gtlaw.com
                          cousinss@gtlaw.com
                          melorod@gtlaw.com
    -and-

Adam D. Cole
MetLife Building
200 Park Avenue
New York NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Electronic mail: colea@gtlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors of Primus Telecommunications Group, Incorporated, et al.*

DEL 86,269,934v1 6-2-09